# Exhibit 12-B

*First Alton Inc.*
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

**INVOICE**

Date:               7-23-2015

Invoice Number:     07231501

Due Date:           08/15/15

FROM:   First Alton Inc.                TO:   Acai Investments Limited
        450 Alton Rd #1603                    Craigmuir Chambers
        Miami Beach, FL 33139 USA             Road Town, Tortola
                                              VG 1110, British Virgin Islands

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

**Name: First Alton Inc.**
**Bank: Wells Fargo**
**Account:** ▮▮▮▮0267
**SWIFT Code: WFBIUS6S**
**Bank Address:** Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00008355